

**KREINDLER & KREINDLER LLP**

TRADITION OF EXCELLENCE

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

MEMO ENDORSED

February 21, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2014
```

Via ECF/CM and E-Mail
Honorable Richard J. Sullivan
United States District Court
for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Damian Cunningham*, S3 12-Cr.-45

Dear Judge Sullivan:

I am defense counsel for Damian Cunningham, charged in the above-cited indictment and scheduled to being trial on March 10, 2014. As mentioned earlier to your law clerk, the parties request a brief extension of the time by which proposed *voir dire* and charges are to be submitted to the Court, from the current due date of Monday, February 24, 2014 to the following Friday, February 28, 2014. While defense counsel and the government have been engaged in efforts to reach agreement on various trial issues, given, in part, the fact that I will not be back in the office full time from maternity leave until Monday February 24, 2014, and various scheduling disruptions caused by the recent weather conditions, we need some additional time to finalize our joint submissions. For those reasons, I request that this Court grant this joint request to extend the date for the parties to file proposed *voir dire* and jury charges to February 28, 2014.

Respectfully,

/s/
Megan W. Benett

MWB:lr
Enclosure
cc: AUSA Jared Lenow (via ECF/CM and email)

IT IS HEREBY ORDERED THAT the
parties shall submit joint proposed
*voir dire* on or before February 26,
2014 and requests to charge on or
before February 28, 2014.

SO ORDERED
2/21/14
RICHARD J. SULLIVAN
U.S.D.J.

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
277 Dartmouth Street, Boston, MA 02116-2805
Tel: (617) 424-9100  Fax: (617) 424-9120