

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

February 25, 2014

**BY ECF AND EMAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Email:  SullivanNYSDChambers@nysd.uscourts.gov

      Re:    *United States* v. *Damian Cunningham*, 12 Cr. 45 (RJS)

Dear Judge Sullivan:

      I have enclosed copies of the Government's revised witness and exhibit lists in advance of the trial in the above-captioned case, which is scheduled to begin on March 10, 2014.  The original lists were provided to defense counsel on February 3, 2014.

                Respectfully submitted,

                PREET BHARARA
                United States Attorney

By:    */s/ Jared Lenow*
                Jared Lenow
                Assistant United States Attorney
                (212) 637-1068

Enclosures

cc:  Megan Wolfe Benett (by email)

# <u>United States v. Damian Cunningham</u>
## *S3 12 Cr. 45 (RJS)*

**Government's Witness List (as of February 25, 2014)**

1. Ahmed Salahi
2. Kassim Salahi
3. Patrick Taylor
4. Darryl Maudsley
5. William McAloon
6. Finbarr Fleming
7. William Puskus
8. William Paterno
9. Awaz Raphique
10. Carlos Villanueva
11. Anthony Giattino
12. Timothy Varian
13. Ayesha Winston
14. John McKenna
15. Michael Zeppieri
16. Keltar Mui
17. Anthony Melchiorri
18. David Magnuson or another law enforcement witness to testify concerning cell site records
19. Document authentication witnesses from TMobile, Sprint, AT&T
20. Document authentication witnesses from the Federal Bureau of Prisons and Rikers Island Correctional Facility
21. A document authentication witness from American Airlines

# <u>United States v. Damian Cunningham</u>
*S3 12 Cr. 45 (RJS)*

**Government Exhibits (as of February 25, 2014)**

| Exhibit Number | Description |
|---|---|
| GX 1 | Faceplate of Fahd Hussain |
| GX 1A | Nameplate "Fahd Hussain" |
| GX 1B | Nameplate "Ali" |
| GX 1C | Nameplate "Moe" |
| GX 2 | Faceplate of Jermaine Dore |
| GX 2A | Nameplate "Jermaine Dore" |
| GX 2B | Nameplate "St. Kitts" |
| GX 2C | Nameplate "Blaqs" |
| GX 2D | Nameplate "Kittitian" |
| GX 3 | Faceplate of Dwayne Barrett |
| GX 3A | Nameplate "Dwayne Barrett" |
| GX 3B | Nameplate "Tall Man" |
| GX 4 | Faceplate of Taijay Todd |
| GX 4B | Nameplate "Biggs" |
| GX 6 | Faceplate of Shea Douglas |
| GX 6B | Nameplate "Duff" |
| GX 6C | Nameplate "Duffel" |
| GX 7 | Faceplate of Damian Cunningham |
| GX 7B | Nameplate "Jaba" |
| GX 8 | Faceplate of Patrick Taylor |
| GX 8A | Nameplate "Patrick Taylor" |
| GX 8B | Nameplate "Squeak" |
| GX 9 | Faceplate of Lacey Scott |
| GX 9A | Nameplate "Lacey Scott" |
| GX 9B | Nameplate "Collin Hawkins Watson" |
| GX 21 | Firearm recovered in connection with arrest of Damian Cunningham on December 26, 2011 |
| GX 22 | Knife recovered in connection with arrest of Damian Cunningham on December 26, 2011 |
| GX 23 | Duct tape recovered in connection with arrest of Damian Cunningham on December 26, 2011 |
| GX 24 | Packing tape recovered in connection with arrest of Damian Cunningham on December 26, 2011 |
| GX 25 | Gloves recovered in connection with arrest of Damian Cunningham on December 26, 2011 |
| GX 26 | Recorded call between Damian Cunningham and Lacey Scott |
| GX 26A | Transcript of recorded call between Damian Cunningham and Lacey Scott |
| GX 27 | Cellular phone recovered from Damian Cunningham on March 6, 2013 |
| GX 27A | Contents of cellular phone recovered from Damian Cunningham on March 6, 2013 |

# *United States v. Damian Cunningham*
## *S3 12 Cr. 45 (RJS)*

| | |
|---|---|
| GX 28 | TMobile Subscriber, Call Detail, and Cellsite Records for Telephone Number 518-364-4580 |
| GX 29 | TMobile Subscriber, Call Detail, and Cellsite Records for Telephone Number 347-334-8436 |
| GX 30 | Sprint Subscriber and Call Detail Records for Telephone Number 914-226-1523 |
| GX 31 | Copy of driver's licenses from December 26, 2011 car stop |
| GX 32 | American Airlines email from October 19, 2012 |
| GX 33 | American Airlines report regarding Cunningham flights |
| GX 34 | Wallet and contents from March 6, 2013 Cunningham Arrest |
| GX 35 | Knife from March 6, 2013 Cunningham Arrest |
| GX 36 | Documents from March 6, 2013 Cunningham Arrest |
| GX 40 | Photograph of Exterior of 1M Stationery Store, 4194 White Plains Road, Bronx, NY |
| GX 41 | Photograph of Interior of 1M Stationery Store, 4194 White Plains Road, Bronx, NY |
| GX 42, 42A, 42B | Photographs of Interior of 1M Stationery Store, 4194 White Plains Road, Bronx, NY |
| GX 44, 44A | Photographs of Exterior of Saif Grocery Store, 4192 White Plains Road, Bronx, NY |
| GX 60 | Cellular Telephone Seized During Arrest of Fahd Hussain |
| GX 60A | CD Containing Contents of Cellular Telephone Seized During Arrest of Fahd Hussain |
| GX 74 | Ski Masks and Black Gloves Seized During Arrest of Jermaine Dore |
| GX 80 | Photograph of 18 Hancock Avenue, Yonkers, NY |
| GX 82 | Samsung Cellular Telephone Seized During Arrest of Dwayne Barrett |
| GX 82A | CD Containing Contents of Samsung Cellular Telephone Seized During Arrest of Dwayne Barrett |
| GX 87 | HTC Cellular Telephone Seized During January 9, 2012 Detention of Dwayne Barrett |
| GX 87A | CD Containing Contents of HTC Cellular Telephone Seized During January 9, 2012 Detention of Dwayne Barrett |
| GX 900 | Map of Location of Residence on Radcliff Avenue, Bronx, NY |
| GX 901 | Map of Location of Mosque at 702 Rhinelander Avenue, Bronx, NY |
| GX 902 | Exterior Photograph of Residence on Radcliff Avenue, Bronx, NY |
| GX 903 | Exterior Photograph of Mosque at 702 Rhinelander Avenue, Bronx, NY |
| GX 2010 | T-Mobile Subscriber Records for Telephone Number 917-200-1367; Subscriber, Call Detail, and Cellsite Records for Telephone Numbers 704-756-5031, 704-345-3805 and 347-261-5867; Subscriber and Cellsite Records for Telephone Number 347-589-3565; Cellsite Records for 347-583-3929 |

# *United States v. Damian Cunningham*
## *S3 12 Cr. 45 (RJS)*

| | |
|---|---|
| GX 2020 | Sprint/Nextel Subscriber, Call Detail, and Cellsite Records for Telephone Number 347-883-8414 |
| GX 2051 | AT&T Subscriber, Call Detail, and Cellsite Records for Telephone Number 917-455-0969 |
| GX 3001 to 3008 | Cellsite Maps |