*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2014

**BY ECF**

| | |
|---|---|
| The Honorable Denise L. Cote | The Honorable Richard J. Sullivan |
| United States District Judge | United States District Judge |
| Southern District of New York | Southern District of New York |
| Daniel Patrick Moynihan U.S. Courthouse | Thurgood Marshall U.S. Courthouse |
| 500 Pearl Street, Room 1610 | 40 Foley Square, Room 2104 |
| New York, New York  10007 | New York, New York  10007 |

Re:   **United States v. Patrick Taylor,**
      **S1 13 Cr. 88 (DLC)**

Dear Judges Cote and Sullivan:

The Government respectfully submits this letter in accordance with the Court's procedure regarding the sentencing of defendants in factually-related cases that are pending before different judges.

The "related-cases" procedure provides in pertinent part that, when the Government is filing a motion on behalf of a defendant pursuant to United States Sentencing Guidelines Section 5K1.1, the Government, prior to sentencing, is to provide the judge with a "brief statement identifying any prior proceedings in which the defendant has testified before a different judge pursuant to a cooperation agreement."  Such statement is to be provided to both the assigned sentencing judge and the judge before whom the defendant testified.

On February 25, 2013, defendant Patrick Taylor pled guilty before Judge Cote to the charges in Superseding Information S1 13 Cr. 88 (DLC) pursuant to a cooperation agreement with the Government.  In March 2013, Taylor testified at the trial of United States v. Jermaine Dore and Dwayne Barrett, S2 12 Cr. 45 (RJS), before Judge Sullivan.  In March 2014, Taylor testified at the trial of United States v. Damian Cunningham, S3 12 Cr. 45 (RJS), also before Judge Sullivan.  Dore, Barrett, and Cunningham were all convicted after trial.  Dore has been sentenced, but Barrett and Cunningham are scheduled to be sentenced on April 7, 2014 and July 25, 2014, respectively.

The Government submits this letter to request that a pre-sentence investigation report be ordered for Taylor and that the matter be set down for sentencing for a date in August 2014 or thereafter.

Hon. Denise L. Cote and Hon. Richard J. Sullivan
March 18, 2014
Page 2 of 2

      Please let me know if any additional information is required.

                    Respectfully submitted,

                    PREET BHARARA
                    United States Attorney

              By: s/ Amy Lester
                    Amy Lester
                    Assistant United States Attorney
                    Tel: (212) 637-2416

cc: Florian Miedel, Esq.