UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DAMIAN CUNNINGHAM,

               Defendant.

No. S4 12-cr-45-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

     The Court is in receipt of Defendant's petition for compassionate release from custody under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (2018).  (Doc. No. 646.)  The petition is dated April 22, 2020 and was filed on the electronic docket on May 7, 2020.  IT IS HEREBY ORDERED THAT the government shall file a response no later than May 13, 2020, setting forth its position on Defendant's petition.

SO ORDERED.

Dated:     May 8, 2020
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation